# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

No. 20-40194

———————————

AARON L. TURNER, SR.,

      Plaintiff - Appellant

v.

ANTHONY CRISWELL,

      Defendant - Appellee

———————————

Appeal from the United States District Court
for the Eastern District of Texas

———————————

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that Appellee's motion to dismiss appeal is GRANTED.



**Certified as a true copy and issued
as the mandate on Jul 08, 2020**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

     No. 20-40194    Aaron Turner, Sr. v. City of Lewisville,
                        Texas, et al
                        USDC No. 4:19-CV-226

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

cc:  Mr. Kevin Michael Curley
      Mr. Aaron L. Turner Sr.